## JOHNSON v. THE STATE.

LEWIS, J. There was sufficient evidence to warrant the verdict, and the newly discovered evidence, considered in connection with the counter showing made thereto, was not of such a character as would justify this court in reversing the judgment denying a new trial.　　　　*Judgment affirmed. All the Justices concurring.*

Argued October 3, — Decided October ±5, 1899.

Indictment for simple larceny. Before Judge Harris. Meriwether superior court. February term, 1899.

*McLaughlin & Jones,* for plaintiff in error.
*T. A. Atkinson, solicitor-general,* contra.

---

## SMALL v. THE STATE.

SIMMONS, C. J. There was no error in overruling the demurrer to the accusation, and the evidence was sufficient to authorize the conviction.　　　　*Judgment affirmed. All the Justices concurring.*

Submitted October 3, — Decided October 25, 1899.

Accusation of larceny from the house. Before Judge Jones. City court of Clarkesville. May term, 1899.

*Crane & McMillan,* for plaintiff in error.
*J. J. Bowden, solicitor,* contra.